IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TAMMIE L. SOLANO and FREDRICK E. SOLANO,

    Plaintiffs,

v.

WALMART, INC.; WAL-MART REAL ESTATE BUSINESS TRUST; WAL-MART STORES EAST, LP; JOHN DOE, INC. NOS. 2-5, and JOHN DOE NOS. 1-5,

    Defendants.

CV 620-015

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 32.) Because all parties who have appeared signed the stipulation, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 28th day of December, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA